COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:        In the interest of H.D.

Appellate case number:    01-12-00007-CV

Trial court case number:  2010-52475

Trial court:                        310th District Court of Harris County, Texas

A supplemental clerk's record complying with our Order of Abatement has been filed in this Court.  Therefore, we order the appeal **reinstated**.

The Clerk of this Court is **ORDERED** to enter William Thursland in the records of this Court as counsel for appellant R.R.D.  Mr. Thursland is **ORDERED** to file a conforming notice of appeal on behalf of R.R.D. within 10 days of the date of this order.

The Clerk of this Court is **ORDERED** to enter Daniel Lemkuil in the records of this Court as counsel for appellant M.D.D.

The supplemental clerk's record indicates that appellants were deemed indigent in the trial court and appointed attorneys ad litem.  A parent who the court has determined is indigent for purposes of appointment of an attorney ad litem is presumed to remain indigent for the duration of the suit and subsequent appeal.  TEX. FAM. CODE ANN. § 107.013(e).

Therefore, the Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellants are indigent and are allowed to proceed on appeal without advance payment of costs.

It is **ORDERED** that the District Clerk file with this Court, **within 10 days of the date of this order** and at no cost to appellants, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a).  *See* TEX. R. APP. P. 20.1(k) (indigent party entitled to free record on appeal); 35.1(b) (in accelerated appeal, record must be filed within 10 days after notice of appeal filed).

It is further **ORDERED** that the Court Reporter file with this Court, **within 10 days of the date of this order** and at no cost to appellant, the reporter's record.  *See* TEX. R. APP. P. 20.1(k); 35.1(b).

Due to the previous delays in this appeal, no extensions will be granted absent extraordinary circumstances. *See* Tex. R. App. P. 35.3(c).

It is so ORDERED.


Judge's signature: /s/ <u>Justice Evelyn V. Keyes</u>
                 ☑ Acting individually     ☐ Acting for the Court


Date: September 14, 2012